1:23-cv-02704
24-1705

This is a Motion to request that I am provided proper accommodations in the form of an attorney appointed to my case. I have suffered physical injuries from the Defendants harms done to me and I am unable to meet the Judges Orders and Deadlines without proper accommodations for the case. The career damages, financial damages, and physical harms are literally life ruining to the point the Defendants have made me homeless. I have suffered in unspeakable ways from the Defendants harms, and the mercilessness and inhumane abuse the Defendants are doing to Women and others is so grotesque this case cannot be dismissed or ignored.

Further,more, the positions of power that the Defendants hold, where they are Engineers at the largest technology companies in the world handling people's private data and there are countless accusations of hacking and cyber crimes against these individuals – leading to in-person physical attacks and rapes/assaults that this case is extremely serious. The positions of power these Defendants hold as Medical Doctors and Scientific Researchers conducting experiments on Human Beings, while having a criminal history that Defendants are covering-up is extremely serious and warrants that this case go to trial. The Courts need to uphold the laws for the American People and the individuals who have not properly done their jobs to ensure the safety of civilians in the USA and in other countries overseas where these Defendants also do their business – these individuals need to explain themselves before a jury and the courts need to ensure that the ruling will prevent these crimes and unlawful actions from continuing.

✳ Please specify what evidence and documents you need from me to confirm and show proof that an attorney is necessary for me in order to have a fair trial.

Because my motion for the Extension of time was denied, I am unable to meet the June 2024 deadline to file the Docketing statement and will absolutely require an attorney appointed to me in order to meet the June deadline.

I have attached a medical note from my Doctor and I can also

MAY 03 2024
U.S.C.A. - 7th Circuit
RECEIVED

produce... other medical records, if you need to see them.

\* Can you please specify exactly <u>what</u> evidence, supporting documents you require to prove that I need extended time of minimum 90 days, and/or an attorney appointed to me in order to have a fair trial and meet Judges' orders etc.

Do you need to see more medical records about the physical injuries that prevent me from meeting these deadlines? Or is the attached medical note enough?

\* What accommodations services do you offer to people who have been injured (raped etc) physically and are disabled? How do I apply for

your Disability accommodations/services?

Physical Therapy planned to address neck and shoulder diagnosis x 8 visits.

Planned to evaluate and treat her foot and ankle once her neck and shoulder issue was improved.



**Northwestern**
Medicine®

**Rehabilitation Services Scheduling Coordination Team**

Monday-Thursday, 7:00 am - 7:00 pm
Friday, 7:00 am - 5:30 pm
Saturday, 8:00 am - noon

Phone: 630.933.1500 (TTY: 711)
Fax: 630.933.1550