# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 18, 2025

*By the Court*:

| | |
|---|---|
| No. 24-1705 | ROSE MEACHAM,<br>           Plaintiff - Appellant<br><br>v.<br><br>UNIVERSITY OF ILLINOIS, et al.,<br>           Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-02704<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

On December 23, 2024, and January 22, 2025, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due February 5, 2025, the appellant has failed to respond or file the required opening brief.

Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)